# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF JAMES LESLIE FELTUS. | No. 72831 |

JAMES LESLIE FELTUS,
                                        Appellant,
vs.
THE STATE OF NEVADA,
                                        Respondent.

**FILED**

OCT 3 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a final judgment on a petition to seal appellant's criminal records. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

On August 30, 2017, we entered an order granting counsel for appellant's motion to withdraw. Our order directed appellant to, within 30 days, either retain new counsel and cause new counsel to file a notice of appearance in this court, or notify this court that he wishes to proceed in pro se. The order cautioned appellant that failure to comply could result in the imposition of sanctions, including the dismissal of this appeal as abandoned.

To date, appellant has failed to respond to our order. Accordingly, we conclude that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Adriana Escobar, District Judge
       James Leslie Feltus
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk